UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL ADOLPH FRANTZ,<br><br>Petitioner,<br><br>v.<br><br>RATHEAL FISHER, JR. Warden,<br><br>Respondent. | Case No. 1:17-cv-00995-MJS (HC)<br><br>**ORDER DENYING MOTION FOR AN ORDER TO ENTER DISPOSITION ON THE PETITION**<br><br>**(ECF NO. 17)** |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On November 28, 2017, Respondent filed a fourth motion for extension of time to respond to the petition. (ECF No. 15.) On December 1, 2017, the motion was granted, extending Respondent's response deadline to January 2, 2018. (ECF No. 16.) On December 13, 2017, Petitioner filed the instant motion for an order to enter disposition on the petition, in which he objects to Respondent's request for extension of time. (ECF No. 17.) On December 18, 2017, Respondent filed an answer. (ECF No. 18.)

To the extent Petitioner contends that Respondent did not show good cause for

extension of the response deadline, his motion will be denied. The Court found good cause for granting the request, and Petitioner's arguments do not show otherwise.

To the extent Petitioner seeks to have the Court immediately rule on the Petition, his request likewise will be denied. Respondent has filed an answer and, pursuant to the Court's prior order (ECF No. 5), Petitioner has thirty days from the filing of the answer in which to file a traverse. Thus, the petition is not yet ripe for disposition. Following receipt of Petitioner's traverse or the expiration of the deadline for filing same, the Court will proceed in due course to consider the merits of the petition.

Lastly, the Court notes that Petitioner has presented arguments on the merits of his petition in response to Respondent's motion for extension of time. This is not the appropriate vehicle for presenting substantive arguments. If he wishes to have these arguments considered, he must present them in his traverse.

For the reasons stated, Petitioner's motion for an order to enter disposition on the petition is HEREBY DENIED.

IT IS SO ORDERED.

Dated: December 18, 2017         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE