UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL ADOLPH FRANTZ,<br><br>Petitioner,<br><br>v.<br><br>RATHEAL FISHER, JR.,<br><br>Respondent. | Case No. 1:17-cv-00995-JDP (HC)<br><br>ORDER DENYING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AND MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>ECF Nos. 39, 40 |

Petitioner Karl Adolph Frantz, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. We have denied the petition, and petitioner appealed. ECF Nos. 35, 37. Petitioner has filed two motions: (1) a motion to proceed *in forma pauperis* on appeal, ECF No. 39; and (2) a motion for a certificate of appealability, ECF No. 40. We will deny both motions.

We will deny both motions. Petitioner's motion to proceed *in forma pauperis* on appeal is denied as moot. The court authorized him to proceed *in forma pauperis* earlier in this case. ECF No. 3. Petitioner need not renew his motion for his appeal. *See* Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization . . . ."). We will deny petitioner's motion for a certificate of appealability for the same reason stated in our earlier order. *See*

1

ECF No. 35 at 9-10.

**Order**

1. Petitioner's motion to proceed *in forma pauperis* on appeal, ECF No. 39, is denied.
2. Petitioner's motion for a certificate of appealability, ECF No. 40, is denied.

IT IS SO ORDERED.

Dated:   June 7, 2019

                                        UNITED STATES MAGISTRATE JUDGE

No. 202